## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mebrahtu Yakob Weldeabzghi,           Civil No. 11-3087 (RHK/SER)

       Petitioner,          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

Warren Janssen, et al.,

       Respondent.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 24, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge